Order entered November 5 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00196-CR

## ERIC KEITH SCOTT, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-85362-2011**

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the trial court's findings that based on counsel's representations that appellant has not contacted him and has not made arrangements to pay for the record, appellant no longer desires to pursue the appeal. We will dispose of the appeal in due course. *See* Tex. R. App. P. 37.3(b).

DAVID L. BRIDGES
JUSTICE